IN THE UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 18-31525 |
| Toni E. Whalen } | |
| } | Chapter 13 |
| } | |
| **Debtors** } | |

### MOTION TO INCUR CREDIT POST-CONFIRMATION

Debtor moves the Court for authority to incur credit and in support of the motion submit the following information:

1. Amount to be borrowed: $25,285.79

2. Interest rate: 14.99%

3. Term of loan and amount of installment payment: 60 months loan with payments of $605.00 each month.

4. The purpose of loan is to purchase a vehicle. The Debtor is currently leasing the vehicle, but she will likely have a significant bill when she returns the vehicle due to minor damage and mileage overage. The Debtor hoped to renew the lease to finance what she owed, and a Motion to Borrow was granted on March 26, 2019 to renew the lease; however, the renewal was not approved. The Debtor now requests to purchase the vehicle, as it is her only option to finance the amount she owes on the lease.

5. Debtor's payments are current with Trustee.

6. None of the funds from the loan will be used to pay any debts in the Plan.

Respectfully Submitted,

/s/ Julie Ann O'Bryan
Julie Ann O'Bryan
Counsel for Debtor
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion was served by first class mail on June 10, 2019, to the following Trustee: William Lawrence

 /s/ Julie Ann O'Bryan
Counsel for Debtor